Daniel W. Maguire, (SBN 120002)
E-mail: dmaguire@bwslaw.com
Edith Sanchez Shea, (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

JS-6

Attorneys for Defendants Hartford Life and Accident Insurance Company, Continental Casualty Company, and Latham & Watkins Group Disability Income Insurance Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POLLY WEBB,<br><br>   Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.; a Delaware corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; LATHAM & WATKINS GROUP DISABILITY INCOME INSURANCE PLAN; and DOES 1 to 10, inclusive,<br><br>   Defendants. | Case No. 2:07-cv-02000-FMC-MANx<br><br>**JUDGMENT** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  Following review of all of the arguments and issues raised by the parties in
2  the documents submitted to this Court, including the administrative record in this
3  ERISA action, the Court finds that the decision on Plaintiff's claim for benefits did
4  not constitute an abuse of discretion and that Plaintiff Polly Webb is not entitled to
5  benefits under the ERISA plan.

7  Accordingly, judgment is hereby entered in favor of Defendants.

DATED:  March 03, 2009

_____
UNITED STATES DISTRICT COURT
JUDGE